**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**


RAYMOND PROCHASKA,       )
                                       )
           Petitioner,        )
                                       )
-vs-                           )     Case No. CIV-10-1385-F
                                       )
HASKELL HIGGINS,         )
                                       )
           Respondent.     )


## ORDER

On January 14, 2011, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation, wherein he recommended that petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be transferred to the United States District Court for the Eastern District of Oklahoma. Magistrate Judge Argo advised petitioner of his right to file an objection to the Report and Recommendation by February 3, 2011 and further advised that failure to make timely objection waives petitioner's right to appellate review of the factual and legal issues therein addressed.

To date, no objection has been filed to the Report and Recommendation and no request has been made for an extension of time to file an objection. With no objection being filed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Doyle W. Argo on January 14, 2011 (doc. no. 7) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The petition for a writ of habeas corpus pursuant to

28 U.S.C. § 2241 filed by petitioner, Raymond Prochaska, is **TRANSFERRED** to the United States District Court for the Eastern District of Oklahoma.

DATED February 17, 2011.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-1385p002.wpd