IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
FEB -9 2012
WILLIAM ⟨?⟩ GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

RAYMOND PROCHASKA,

    Petitioner,

v.

HASKELL HIGGINS, Warden,

    Respondent.

No. CIV 11-059-RAW-KEW

## OPINION AND ORDER
## DENYING CERTIFICATE OF APPEALABILITY

On this date the court dismissed petitioner's petition for a writ of habeas corpus as moot. The court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

**ACCORDINGLY**, petitioner is denied a certificate of appealability.

**IT IS SO ORDERED** this 9th day of February 2012.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE